## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Lawrence Owens,                :
            Appellant     :
                        :
        v.                 :       No. 1363 C.D. 2019
                        :
City of Farrell's City Counsel, et al.    :

**PER CURIAM**                **O R D E R**

NOW, June 5, 2020, having considered Appellant's application for reconsideration, the application is denied.